FILED
APR 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JD

People of The State of California

Plaintiff,

vs.

Shavon Butler

Defendant.

CR 25-90768 MISC

CASE NO. _____

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Shavon Butler, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 1,179                    Net: 900.00

Employer: Social Security / SSI

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.
2 _____900,00_____
3 _____
4 _____
5 2.    Have you received, within the past twelve (12) months, any money from any of the
6 following sources:
7         a.    Business, Profession or            Yes ____ No __✓__
8               self employment?
9         b.    Income from stocks, bonds,         Yes ____ No __✓__
10              or royalties?
11        c.    Rent payments?                     Yes ____ No __✓__
12        d.    Pensions, annuities, or            Yes ____ No __✓__
13              life insurance payments?
14        e.    Federal or State welfare payments, Yes ____ No __✓__
15              Social Security or other govern-
16              ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____
21 3.    Are you married?                          Yes ____ No __✓__
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____    Net $_____
26 4.    a.    List amount you contribute to your spouse's support:$ _____
27       b.    List the persons other than your spouse who are dependent upon you for support
28             and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1 | children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2 | _____
3 | _____
4 | 5.     Do you own or are you buying a home?        Yes ____  No __✓__
5 | Estimated Market Value: $_____ Amount of Mortgage: $_____
6 | 6.     Do you own an automobile?                   Yes ____  No __✓__
7 | Make _____ Year _____ Model _____
8 | Is it financed? Yes _____ No _____ If so, Total due: $ _____
9 | Monthly Payment: $ _____
10 | 7.     Do you have a bank account?  Yes __✓__ No ____ (Do not include account numbers.)
11 | Name(s) and address(es) of bank: __Sophie Bank account__
12 | __San Francisco__
13 | Present balance(s):  $ __625__
14 | Do you own any cash? Yes ____ No __✓__ Amount: $ _____
15 | Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16 | market value.)                                    Yes ____ No __✓__
17 | _____
18 | 8.     What are your monthly expenses?
19 | Rent: $ __2691.00__             Utilities: __150.00__
20 | Food: $ __400.00__              Clothing: __300.00__
21 | Charge Accounts:
22 | Name of Account        Monthly Payment        Total Owed on This Account
23 | __VISA__           $ __100.00__          $ __900.00__
24 | _____       $ _____        $ _____
25 | _____       $ _____        $ _____
26 | 9.     Do you have any other debts?  (List current obligations, indicating amounts and to whom
27 | they are payable.  Do not include account numbers.)
28 | _____

- 3 -

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ✓   No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

25-CV-03528-KAW, 25-CV-03344-SI

25-CV-11709, 25-CV-11467

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/22/25

DATE                    SIGNATURE OF APPLICANT

- 4 -